SANDRA L. BENDON, TRUSTEE
3943 Irvine Blvd., #329
Irvine, CA  92602
Telephone:  (714) 389-4100
Facsimile:  (714) 389-4102

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br><br>DOFFO, BRIGITTE ARIANA<br><br><br><br><br>Debtor(s) | Case No.: RS10-21954-MJ<br><br>10219542<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: Steven Karlton Kop
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **July 12, 2010** at **2:00 p.m.** at 3420 Twelfth Street, Room 100, Riverside, CA 92501, for the reason set forth below:

The Trustee requested that you provide additional documentation.

Dated:  June 28, 2010

/s/ Sandra L. Bendon
SANDRA L. BENDON
Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on June 28, 2010.

/s/ Sandra Bendon
Sandra Bendon